IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC., UNITED VIDEO PROPERTIES INC., STARSIGHT TELECAST, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>LG ELECTRONICS INC., and LG ELECTRONICS USA INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) Civ. No. 12-545-SLR ) ) ) ) ) |

### ORDER

At Wilmington this \3ᵣ day of June, 2012, having considered defendants' unopposed motion to stay due to an investigation that is currently pending before the United States International Trade Commission ("ITC");

IT IS ORDERED that:

1. Said motion (D.I. 7) is **granted.**

2. The above-captioned case is **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the ITC investigation has been resolved so that the case may be reopened and other appropriate action may be taken.

　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　United States District Court